| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorney for BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Joseph E. Gentek, Jr.<br><br>Debtor(s) | Order Filed on June 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-10396<br><br>Chapter 13<br><br>Hearing Date: May 21, 2019<br><br>Judge: Andrew B. Altenburg Jr. |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Daniel L Reinganum, Esq. |
| Property Involved("Collateral"): | 404 West Country Club Court, Cherry Hill, NJ 08003 |

Relief sought:
    ✓ Motion for relief from the automatic stay
      Motion to dismiss
      Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **January 1, 2019** to **May 1, 2019**.
   - The Debtor is overdue for **5** payments at **$1,850.15** per month.
   - Less Funds held in debtor(s) suspense **($154.35)**.

   Total Arrearages Due **$9,096.40**

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate payment shall be made in the amount of **$7,000.00**. Payment shall be made no later than **June 1, 2019.**
   - Beginning on **June 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$1,850.15** per month or as further defined by the terms of the Note, Mortgage or payment change notices.
   - Debtor shall cure the remaining post-petition delinquency balance, in the amount of **$2,096.40,** by **June 21, 2019**.

3. Payments to the Secured Creditor shall be made to the following address(es):

       ✓ Immediate payment:    BSI Financial Services
                                        314 S. Franklin Street
                                        Titusville PA, 16354

✓ Regular monthly payment and cure payments:     BSI Financial Services
314 S. Franklin Street
Titusville PA, 16354

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Daniel L Reinganum Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*